**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

PENNSYLVANIA COACH LINES, INC.,    :    No. 88 WM 2019

          Petitioner

          v.

COURT OF COMMON PLEAS OF THE
FIFTH JUDICIAL DISTRICT OF
PENNSYLVANIA, COUNTY OF
ALLEGHENY, CIVIL DIVISION,

          Respondent

          v.

ELIZABETH FORWARD SCHOOL
DISTRICT,

          Participant

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2019, the Application for Leave to File Original Process is GRANTED, and the Emergency Petition for Writ of Prohibition is DENIED.